United States of America
District of Massachusetts

Suffolk, ss.

United States                                        )
                                                     )
v.                                                   )        Docket No.  23-cr-10299
                                                     )
Dean Tran                                            )
                                                     )
_____ )

**Defendant's Motion**
**On Extraneous Publicity**

Now comes the Defendant, Dean Tran, who moves this Honorable Court to instruct the

Jury Upon Extraneous Publicity.

**Argument**

In light of the attention garnered by the case, the jury should be instructed on publicity and

the limits of the news media.  The Court undoubtedly routinely gives instructions about not being

prejudiced by media reports.  However regarding Mr. Tran, there has been extensive publicity

accusing him of crimes and nefarious acts.  Some of this stems from the state criminal proceedings

he still faces.  Yet other stem from his political opponents, like Ms. Vacca-Martin, a local

Democratic City Committee Chair, who has publicly decried him as a felon on live public

television. Every significant turn of Mr. Tran's cases, since he is a public figure, has received

breathless coverage from the Boston and Worcester press.  Some this this press has been caused

by the Government in this case, and the subsequent federal case.

Wherefore the Defendant requests:

1. A more extensive voir dire of the potential jury pool regarding their exposure to Mr.

   Tran.

2. That exposure to the negative press articles be considered cause to excuse a juror.

3. That the Court give a particularly strident instruction about avoid press news.

1

**Conclusion**

Wherefore the Defendant's Motion should be Granted.

                            Respectfully Submitted,

                            Dean Tran
                            By His Attorney
                            /S/ Michael Walsh
                            Michael Walsh
                            BBO 681001
                            Walsh & Walsh LLP
                            PO Box 9
                            Lynnfield, MA 01940
                            617-257-5496
                            Walsh.lynnfield@gmail.com

**Certificate of Service**
I, Michael Walsh, hereby certify that a copy of this motion has been served on all participating ECF/CM filers on this 9th day of August 2024.
/S/ Michael Walsh