UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>DEAN A. TRAN,<br><br>Defendant. | )<br>)<br>)<br>)   Criminal No.<br>)   23-10299-FDS<br>)<br>)<br>)<br>) |

## VERDICT FORM

### COUNTS 1-25: Wire Fraud

We, the jury:

1.      As to Count 1 (3/21/2021), find defendant Dean Tran:

_____ Not Guilty                 _____Guilty

2.      As to Count 2 (3/28/2021), find defendant Dean Tran:

_____ Not Guilty                 _____Guilty

3.      As to Count 3 (4/4/2021), find defendant Dean Tran:

_____ Not Guilty                 _____Guilty

4.      As to Count 4 (4/11/2021), find defendant Dean Tran:

_____ Not Guilty                 _____Guilty

5.      As to Count 5 (4/18/2021), find defendant Dean Tran:

_____ Not Guilty                 _____Guilty

6.      As to Count 6 (4/25/2021), find defendant Dean Tran:

_____ Not Guilty                 \_\_\_X\_\_\_Guilty

7.     As to Count 7 (5/2/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

8.     As to Count 8 (5/9/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

9.     As to Count 9 (5/16/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

10.    As to Count 10 (5/23/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

11.    As to Count 11 (5/30/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

12.    As to Count 12 (6/6/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

13.    As to Count 13 (6/13/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

14.    As to Count 14 (6/20/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

15.    As to Count 15 (6/27/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

16.    As to Count 16 (7/4/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

17.    As to Count 17 (7/11/2021), find defendant Dean Tran:

        _____ Not Guilty            ___X___ Guilty

18.     As to Count 18 (7/18/2021), find defendant Dean Tran:

_____ Not Guilty                      ___X___ Guilty

19.     As to Count 19 (7/25/2021), find defendant Dean Tran:

_____ Not Guilty                      ___X___ Guilty

20.     As to Count 20 (8/1/2021), find defendant Dean Tran:

_____ Not Guilty                      ___X___ Guilty

21.     As to Count 21 (8/8/2021), find defendant Dean Tran:

_____ Not Guilty                      ___X___ Guilty

22.     As to Count 22 (8/15/2021), find defendant Dean Tran:

_____ Not Guilty                      ___X___ Guilty

23.     As to Count 23 (8/22/2021), find defendant Dean Tran:

_____ Not Guilty                      ___X___ Guilty

24.     As to Count 24 (8/29/2021), find defendant Dean Tran:

_____ Not Guilty                      ___X___ Guilty

25.     As to Count 25 (9/5/2021), find defendant Dean Tran:

_____ Not Guilty                      ___X___ Guilty

**COUNTS 26-28**: Filing a False Tax Return

**We, the jury:**

26.  **As to Count 26 (calendar year 2020), find defendant Dean Tran:**

_____ Not Guilty  ___X___ Guilty

27.  **As to Count 27 (calendar year 2021), find defendant Dean Tran:**

_____ Not Guilty  ___X___ Guilty

28.  **As to Count 28 (calendar year 2022), find defendant Dean Tran:**

_____ Not Guilty  ___X___ Guilty

**Your deliberations are complete.  Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _____  DATE: ___9|11|2024___

4