UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEAN A. TRAN,<br><br>Defendant | CRIMINAL No. 23-CR-10299-FDS |

### DISMISSAL OF COUNTS ONE THROUGH FIVE OF THE INDICTMENT

Pursuant to Fed. R. Crim P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Counts One through Five of the Indictment (ECF Dkt. No. 1), which charges defendant Dean A. TRAN with wire fraud, in violation of 18 U.S.C. § 1343. In support of this dismissal, the government states that given the defendant's conviction on Counts Six through Twenty-Five of the Indictment also charging wire fraud, the government believes that such dismissal is in the interests of justice.

[CONTINUED ON NEXT PAGE]

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: *Bill Abely*
BILL ABELY
Chief, Criminal Division

*/s/ John T. Mulcahy*
John T. Mulcahy
Dustin Chao
Assistant U.S. Attorneys

Dated: September 20, 2024

Leave to File Granted:

_____
F. Dennis Saylor, IV
Chief United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ John T. Mulcahy*
JOHN T. MULCAHY
Assistant U.S. Attorney

Date: September 20, 2024