UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America      )
                              )
                              )
                              )
         v.                   )    C.A. No. 23-cr-10299
                              )
                              )
Dean Tran                     )
                              )
                              )

## NOTICE OF APPEAL

Notice is hereby given that  Dean Tran , the  Defendant  in the above-named matter, hereby appeals to the United States Court of Appeals For the First Circuit from the  Judgment, verdict, sentence and orders  entered in this action on  December 8, 2024 .

                                                        Respectfully submitted,

Date: October 3, 2024                                   Dean Tran
                                                        (signature)
                                                        Print name & address:
                                                        By His Attorney, Michael Walsh
                                                        BBO 681001, PO Box 9
                                                        Lynnfield, MA 01940
                                                        617-257-5496
                                                        walsh.lynnfield@gmail.com

### Certificate of Service

I,  Michael Walsh , certify that I have caused a copy of this Notice of Appeal to be served by E mailing a copy of the same to  AUSA Chao and AUSA Mulcahy  (recipient)), at  through the Court's Electronic Docketing System  (address) on  October 3, 2024  (date).

Date: October 3, 2024                                   /S/ Michael Walsh
                                                        (signature)
                                                        Print name: Michael Walsh