# James P Bresnahan, P.C.

LMFT, LMHC, LADC1, CADC, CEMDR, CSAT, MA PGS
AAMFT Approved Supervisor
50 Elm Street
Worcester, MA 01609
508/752-1170

January 15, 2025

John Joseph Moakely Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

ATTN: Honorable Chief Judge F. Dennis Saylor IV

Dear Judge Saylor:

I am writing you on behalf of Dean Tran. I have known Dean since the summer of 2023 when he first contacted me to help him with his PTSD. His personal story is worthy of a movie; his father a South Vietnam Army officer escaping the horrors of a lost war, hid with his young family for 2 years while he was being hunted down, refugee camps and then relocated to America. I remember listening to Dean's story as we both held back tears.

It is hard for me to not expand on Dean's life experiences from him coming to America as a young child to now. It feels disrespectful to Dean to not write about his life but I don't want to waste the Court's time nor do I want the Court to miss my bigger point regarding Dean.

Dean's life experiences and Vietnamese culture have molded him to be a stoic, honorable, selfless family man. There has been nothing in our sessions that would lead me to believe that Dean is at all capable of committing the crimes he has been convicted of. Admittedly I am not a lawyer but for him to be convicted of wire fraud and false filing of tax returns for mistakes that any one of us could have made or maybe

millions have already made still mystifies me. One might say I am biased or that I am only getting Dean's side of the story but many of these facts have already come out in Court.

Some might say that he must be sentenced to prison to send a message to others to be wary before committing the crimes that Dean has committed. Are honest and unintentional mistakes a crime? As someone who was a therapist in the adult prison system and a Clinical Director in the juvenile system, those institutions are full of people committing "repeat" crimes so that argument never made any sense to me.

If the argument is that society needs to be protected from the "likes" of Dean Tran I am again confused. As the first Vietnamese-American elected to the Legislature and the first Asian and refugee elected to the Massachusetts State Senate who was known for his constituent services, I think he needs to be replicated not demonized. In my opinion, to rob his family of their father and his community of a leader just doesn't serve anyone's purpose.

I hope your Honor that you realize that you have a very unique man in your Court in the person of Dean Tran. I know it's impossible to do but ask the hundreds or thousands who have elected him to public office many times over, to them, taking Dean out of their community would be the real crime.

Sincerely,

*[signature]*

James P Bresnahan

Re: Character Reference from Pastor, Dr. Gary J. Moritz, City United Church

To Whom It May Concern,

I am writing this letter to provide a character reference for Dean Tran, whom I have come to know through both his service to the Fitchburg community and our shared faith community. As a community partner who works closely with our area public schools and local initiatives through philanthropic support, I have had extensive opportunities to observe Dean Tran's character and commitment to our city's wellbeing.

Throughout his tenure as a Senator, I observed Dean demonstrating humility in his approach to leadership, consistently making himself available to listen to constituent concerns and engage with community members. Despite our mutually demanding schedules, he has maintained meaningful connections within our church community and worked collaboratively on initiatives to strengthen Fitchburg. His dedication to his family and his role as a father speaks to his character and personal values.

As someone who has invested significantly in our city's educational system and community programs, I have witnessed firsthand how Dean shared the same deep commitment to Fitchburg's prosperity and future and his genuine commitment to maintaining authentic community ties.

In my experience with Dean, he has shown himself to approach his responsibilities with sincerity and a willingness to learn from others, especially the heart if the immigrant community.

Respectfully submitted,

Dr. Gary J. Moritz
Pastor, City United Church